UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| QUENTRELL E. WILLIAMS, Plaintiff, v. <br> M. Haure, Et al., Defendants, | Motion for Permission to Appeal in forma Pauperis <br><br> Case No. 18-cv-730-wmc |

I the Plaintiff, Quentrell E. Williams, hereby motion the Court for Permission to appeal to the United States Court of Appeals for the Seventh Circuit, in forma Pauperis for the following reasons:

(1) Im an indigent inmate within the Wisconsin Department of Corrections who is unable to pay the full initial filing fee of an appeal in this matter.

(2) I was granted leave to proceed in forma Pauperis in the United States District Court for the Western District of Wisconsin, when initially filing a 1983 Civil Complaint in this matter due to indigence.

(3) Accompanying this motion is my signed affidavit in support of my motion for Permission to Appeal IN Forma Pauperis and a Certified Copy of my trust account statement for the last six months (Oct.-March 2020) which shows Im indigent and that I have not "any" funds in my regular account for the whole six months.

Date: March 27th, 2020.

Respectfully submitted by:
Quentrell E. Williams
Quentrell E. Williams #351385
WauPun Correctional Institution
P.O. Box 351
WauPun, WI. 53963