# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

Quentrell E. Williams,
        Plaintiff,
v.

M. HAURE, Et al.,
        Defendants.

Notice of Appeal
Case No. 18-CV-730-WMC

Notice is given that I the Plaintiff, Quentrell E. Williams, Appeals to the United States Court of Appeals for the Seventh Circuit, of the opinion and order entered in this action on March 3, 2020, by: Magistrate Judge Stephen L. Crocker.

Please note that this is a refiling / submission of notice of appeal originally dated and signed on March 27th, 2020 and E-filed March 31, 2020 in U.S. District Court for Western Wisconsin, and was erroneously ~~dismissed~~ Closed on April 2, 2020 (Appeal No. 20-1514) after mistakenly thinking and or assuming that the District court accidently or erroneously transmitted the Seventh Circuit Court of appeals my notice of appeal. Being that my first notice of appeal was timely and Properly filed, I ask that this is accepted with good cause being error / mistake by the court. (See-Exhibits: 1(B), 2(A), 2(B))

Dated and signed this 5th day of April 2020. Waupun, WI, 53963

Respectfully Submitted by: Quentrell E. Williams
Quentrell E. Williams #351385
Waupun Correctional Institution
P.O. Box 351
Waupun, WI. 53963

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

Quentrell E. Williams,
   v.          Plaintiff,
M. HAURE, Et al.,
            Defendants,

Legal Correspondence
to Court Clerk Peter Oppener
Case No. 18-cv-730-WMC

---

I, Quentrell E. Williams, am writing requesting from the Court Clerk Peter Oppener and or the Court an Docketing statement and a Transcript information sheet, for appeal No. 20-1514. I've wrote the United States Court of appeals and informed them they were erroneous in thinking and or assuming it wasn't my intention to file a notice of appeal to the United States Court of appeals for the seventh Circuit and or this District Court (Western District of Wisconsin) erroneously transmitted my notice of appeal to them, and I've asked them to re-open appeal No. 20-1514, being that everything was timely filed and it was an error on either the Court Clerk's or the Courts' behalf, not mine, and I'm re-submitting a notice of appeal along with my motion for leave to proceed with the appeal in forma Pauperis, affidavit accompanying motion for Permission to appeal in forma Pauperis, and a certified copy of my six month trust account statement to re-start the appeal process, citing error on the Court or Court Clerk's behalf as the reason for my refilings. With this being said, Can you please re-file my notice of appeal and send my a Docketing statement and Transcript information sheet so I Can mail them to the Seventh Circuit Court of appeals Court Clerk as I'm required to do.

Thank you for your time and attention to this matter.
Respectfully submitted by: Quentrell E. Williams

Quentrell E. Williams #351385
Waupun Correctional Institution
P.O. Box 351
Waupun, WI 53963

Date: April 5th, 2020