UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

DOC NO

Quentrell E. Williams,

v.          Plaintiff,

Michael Haure, Et al.,

Defendants

REC'D/FILED

2021 MAY 20  AM 10: 07

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Notice of Appeal

Case No. 18-CV-730-WMC

Notice is given that I the Plaintiff, Quentrell E. Williams, appeals to the United States Court of Appeals for the seventh Circuit from the final Judgment entered in this action on april 30th, 2021.

Dated and Signed this 16th day of May 2021. in Juneau, WI.

Quentrell E. Williams

Dodge County Detention Facility
216 W. Center St.
Juneau, WI. 53039